UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHAWN CLARKE SPOTTSWOOD, | Case No. 21-CV-2749 (PJS/JFD) |
| Petitioner, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| WASHINGTON COUNTY, MN, Adult Probation, | |
| Respondent. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the Unites States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF. No. 5) is **ADOPTED**;

2. The petition for a writ of habeas corpus of Petitioner Shawn Clarke Spottswood (ECF. No. 1) is **DENIED**;

3. This matter is **DISMISSED without prejudice**;

4. Petitioner's application to proceed *in forma pauperis* (ECF. No. 2) is **DENIED**; and

5. No certificate of appealability is issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 3, 2022                              s/Patrick J. Schiltz
                                                     Patrick J. Schiltz
                                                     United States District Judge